KAYE, ROSE & PARTNERS, LLP
Lawrence W. Kaye, Esq. (SBN 86218)
Anita M. Eilert (SBN 133639)
402 West Broadway, 13th Floor
San Diego, California 92101-3542
Tel:   (619) 232-6555
Fax:   (619) 232-6577

Attorneys for Defendants,
HOLLAND AMERICA LINE, INC., and
STEINER MANAGEMENT SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

| | |
|---|---|
| GAIL BEREOLA,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE. N.V., HOLLAND AMERICA LINE ANTILLEN N.V., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE-WESTOURS, INC., STEINER BEAUTY PRODUCTS, STEINER -TRANSOCEAN LTD., STEINER MANAGEMENT SERVICES, and DOES ONE through TWENTY, Inclusive<br><br>        Defendant | Case No. CV- 07 - 03770 EMC<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS HOLLAND AMERICA LINE, INC., AND STEINER MANAGEMENT SERVICES TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER ACTION [FRCP 12 (b)(1),(2) AND (3) AND (d) AND 28 U.S.C. § 1404]**<br><br>JUDGE: Edward M. Chen<br>COURTROOM: C<br>HRG. DATE: November 21, 2007<br>TIME: 10:30 a.m. |

**TO:  PLAINTIFF GAIL BEREOLA**

      PLEASE TAKE NOTICE that on November 21, 2007 at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom "C" of the Honorable Edward M. Chen, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, defendants HOLLAND AMERICA LINE, INC., and STEINER MANAGEMENT SERVICES will and hereby do move the Court for an

1  order dismissing this action under Federal Rule of Civil Procedure 12(b) (1), (2) and (3)
2  and (d) on the ground that the venue in this action is improper pursuant to the terms and
3  conditions of the Holland America Passage Ticket Contract issued to plaintiff; or, in the
4  alternative, to transfer this action to the Western District of Washington pursuant to 28
5  U.S.C. § 1404 for the convenience of the parties and witnesses.
6       This Motion is based on this Notice of Motion and Motion, the Memorandum of
7  Points and Authorities, the Declaration of Susan C. Lundgren and served herewith, and
8  upon the papers, records and pleadings on file herein.
9  Dated: October 15, 2007        KAYE, ROSE & PARTNERS, LLP

/s/ **Anita M. Eilert**

By: _____
Lawrence W. Kaye
Anita M. Eilert
Attorneys for Defendant
HOLLAND AMERICA LINE, INC., and
STEINER MANAGEMENT SERVICES