HOLLAND AMERICA LINE
300 Elliott Avenue West
Seattle, WA 98119

Cruise and Cruisetour Contract

Passenger Copy
Terms and Conditions

**ISSUED SUBJECT TO THE IMPORTANT TERMS AND CONDITIONS ON THIS PAGE AND THE FOLLOWING PAGES. READ TERMS AND CONDITIONS CAREFULLY.**

---

---

Names of Passengers

______________________________________

Travel Agent

---

**IMPORTANT NOTICE TO PASSENGERS**

THIS DOCUMENT IS A LEGALLY BINDING CONTRACT BETWEEN YOU AND US. THIS CONTRACT CONTAINS ALL TERMS OF OUR AGREEMENT AND SUPERCEDES ALL OTHER ORAL OR WRITTEN AGREEMENTS, COMMUNICATIONS OR REPRESENTATIONS. THE WORD "YOU" REFERS TO ALL PERSONS TRAVELING UNDER THIS CONTRACT INCLUDING THEIR HEIRS, SUCCESSORS IN INTEREST AND PERSONAL REPRESENTATIVES. THE WORDS "WE" AND "US" REFER TO THE OWNER, HAL AND THE OTHER HAL COMPANIES, ALL OF WHICH ARE DESCRIBED IN CLAUSE A.1 BELOW. CERTAIN OTHER PERSONS AND ENTITIES, AS WELL AS THE SHIP ITSELF, ARE ALSO GRANTED RIGHTS UNDER THIS CONTRACT.

NOTICE: YOUR ATTENTION IS ESPECIALLY DIRECTED TO CLAUSES A.1, A.3, A.4, A.5, A.6, A.7, A.9 and C.4 BELOW, WHICH CONTAIN IMPORTANT LIMITATIONS ON YOUR RIGHT TO ASSERT CLAIMS AGAINST US AND CERTAIN THIRD PARTIES.

THIS CONTRACT ALSO INCLUDES THE CONDITIONS UNDER WHICH HAL BOOKS AIR TRANSPORTATION IF YOU ARE PARTICIPATING IN HAL'S FLY CRUISE OR FLY CRUISE AND TOUR PROGRAM. IF ANY OF THESE CONDITIONS DO NOT MEET WITH YOUR APPROVAL, YOU HAVE THE OPTION OF ARRANGING AIR TRANSPORTATION INDEPENDENTLY IN WHICH EVENT THE AIR ADD-ON OR CRUISE ONLY CREDIT AMOUNT PAID TO HAL WILL BE REFUNDED.

ALL DISPUTES AND MATTERS WHATSOEVER ARISING UNDER, IN CONNECTION WITH OR INCIDENT TO THIS CONTRACT, THE CRUISE, THE CRUISETOUR, THE HAL LAND TRIP OR THE HAL AIR PACKAGE SHALL BE LITIGATED, IF AT ALL, IN AND BEFORE THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

EXHIBIT A

7

WASHINGTON AT SEATTLE, OR, AS TO THOSE LAWSUITS AS TO WHICH THE FEDERAL COURTS OF THE UNITED STATES LACK SUBJECT MATTER JURISDICTION, IN THE COURTS OF KING COUNTY, STATE OF WASHINGTON, U.S.A., TO THE EXCLUSION OF ALL OTHER COURTS.

---

**IMPORTANT TERMS AND CONDITIONS OF CONTRACT--READ CAREFULLY BEFORE ACCEPTING**

## A. GENERAL PROVISIONS

1. **Important Definitions/Refunds/Third Party Beneficiaries:** (a) "**Ship**" refers to the ship that will provide the ocean transportation portion of the Cruise or Cruisetour. "**Owner**" refers to the owner and charterer of the Ship; the WESTERDAM, ZUIDERDAM, OOSTERDAM, PRINSENDAM, AMSTERDAM, ZAANDAM, VOLENDAM AND NOORDAM are owned by HAL Antillen N.V., a Netherlands Antilles corporation, and are chartered by Holland America Line N.V., a Netherlands Antilles corporation; the STATENDAM, MAASDAM, RYNDAM, VEENDAM and ROTTERDAM are owned by HAL Nederland N.V., a Netherlands Antilles corporation, and are chartered by Holland America Line N.V. Ship ownership and registry are subject to change. "**Cruise**" and "**Cruisetour**" refer to the specific cruise or cruisetour indicated in this booklet, as it may be modified by us under this contract, and shall include periods during which you are embarking or disembarking the Ship or are on shore while the Ship is in port. "**HAL**" refers to Holland America Line Inc., a Washington (U.S.A.) corporation that acts as the agent of Owner and the other HAL Companies. "**HAL Companies**" refers to HAL, Westours Motor Coaches, Inc. d/b/a Gray Line of Alaska, Evergreen Trails, Inc. d/b/a Gray Line of Seattle, Westmark Hotels of Canada Ltd., Worldwide Shore Services Inc., HAL Properties Limited and any other corporate affiliate of HAL that provides or is expected to provide you with goods or services as part of or incident to your Cruise, Cruisetour, HAL Air Package or HAL Land Trip. "**Initial Departure**" means the time at which you first begin transit by any means of transport booked by us (including air transportation) for the purpose of taking the Cruise or Cruisetour. "**HAL Air Package**" refers to air transportation booked for you by us to enable you to travel to and from your Cruise or Cruisetour. "**HAL Land Trip**" refers to a pre- or post-Cruise or Cruisetour package or transfer you have purchased (excluding any HAL Air Package), or to a shore excursion you purchase during your Cruise or Cruisetour, on which you are traveling on one or more motorcoaches, dayboats and/or railcars owned or operated by us. "**HAL Land Trip**" also refers to any visit by you to Half Moon Cay (on the island of Little San Salvador) in the Bahamas ("**Half Moon Cay**").

(b) "**Refund Amount**" refers to that portion of the Cruise, Cruisetour, HAL Land Trip or HAL Air Package fare which has actually been received by us. A portion of your fare was retained by or paid to your travel agent to compensate the agent for their services. The Refund Amount does not include the portion of the fare retained by or paid to your agent. You are solely responsible for obtaining the refund of these retained or paid amounts. Any refund to you will be effected only in the currency received by us and in the country in which the fare has been paid and subject to any foreign exchange regulations in force in that country.



EXHIBIT A

8

(c) Certain third parties derive rights and exemptions from liability as a result of this contract. Specifically, all of our rights, exemptions from liability, defenses and immunities under this contract (including, but not limited to, those arising under Clauses A.3, A.4, A.5, A.6, A.7, A.9 and C.4) or applicable law will also inure to the benefit of our employees and agents, together with the Alaska Railroad Corporation, the Ship and the Ship's tenders, operators, managers, charterers, officers, staff, crewmembers, shipbuilders and manufacturers of all component parts. These third parties will have no liability to you, either in contract or in tort, which is greater than or different from ours.

2. **Providing Cruise, Cruisetour, HAL Land Trips and HAL Air Package:** In consideration of the receipt in full of the fare and subject to the terms and conditions of this contract: (a) Owner agrees to transport you on the Ship in order to enable you to take the Ship portion of the Cruise or Cruisetour; (b) as to Cruisetours, HAL agrees to provide you with the portion of the Cruisetour that occurs either before your initial embarkation onto, or after your final disembarkation off of, the Ship; (c) as to HAL Land Trips, each HAL Company furnishing a portion of the HAL Land Trip agrees to provide you with that portion; and (d) as to HAL Air Packages, HAL agrees to book the air transportation required at the commencement and conclusion of your Cruise or Cruisetour. This contract is valid only for the Cruise or Cruisetour and for the cabin specified in this Cruise Contract booklet (or any other cabin assigned by us). Although this contract refers to Owner, HAL and the HAL Companies as "we" and "us," no Owner or HAL Company shall be liable for the acts or omissions of any other Owner or HAL Company or with respect to the services provided or to be provided by any other Owner or HAL Company.

3. **Time Limits for Noticing Claims and Filing and Service of Lawsuits:** In any case governed by 46 United States Code Section 183b, which is a United States statute that permits any shipowner to limit the time during which a passenger may file a claim or commence suit against a shipowner, you may not maintain a lawsuit against us or the Ship for loss of life or personal injury, including emotional distress, unless written notice of the claim is delivered to us not later than six (6) months after the day of death or injury, the lawsuit is commenced not later than one (l) year after the day of death or injury, and valid service of the lawsuit on Owner, the HAL Company or the Ship, as applicable, is made within thirty (30) days following the expiration of that one-year period. For all other claims, including but not limited to claims for loss or damage to baggage, breach of contract, misrepresentation, illness or death or injury, not governed by 46 United States Code Section 183b, you may not maintain a lawsuit against us or the Ship, nor will we or the Ship be liable therefore, unless we are provided with written notice of claim within thirty (30) days after conclusion of the Cruise or Cruisetour, the lawsuit for such claim is commenced not later than six months after conclusion of the Cruise or Cruisetour, and valid service of the lawsuit on Owner, the Ship or the HAL Company, as applicable, is made within thirty (30) days following the expiration of that six-month period. In the case of a claim by or on behalf of a minor or legally incompetent person, or in the case of a wrongful death claim, the time periods described above shall begin to run on the earlier of: (a) date of appointment of a legal representative for the minor or legally incompetent person, or their estate (as the case may be); or (b) three (3) years after the day of death, injury or damage, as applicable.



EXHIBIT A

9

4. **Limitation on Liability/Non-HAL Services:** (a) In the event you are injured, become ill, or die, or your property is lost or damaged, or you and/or your property is delayed, or you sustain any other loss or damage whatsoever, we will not be liable to you unless the occurrence was due to our negligence or willful fault. We disclaim liability to you under any circumstances for infliction of emotional distress, mental suffering or psychological injury which was not: (i) the result of physical injury to you caused by the negligence or fault of a crewmember or the manager, agent, master, owner or operator of the Ship; (ii) the result of you having been at actual risk of physical injury caused by the negligence or fault of a crewmember or the manager, agent, master, owner or operator of the Ship; or (iii) intentionally inflicted by a crewmember or the manager, agent, master, owner or operator of the Ship. In no event will we be liable to you for consequential, incidental, exemplary or punitive damages.

(b) We do not undertake to supervise, nor assume any liability in respect of, the acts or omissions of the Ship's barbers, beauticians, masseurs, masseuses or photographers, all of whom are either independent contractors or are employed by independent contractors, and work directly for the passenger when performing their services. As to your Cruisetour and HAL Land Trips, certain transportation will be provided using equipment owned or operated by us. All other transportation, shore excursions, accommodations and services in the air and on shore (referred to as "**Non-HAL Services**") are performed by third parties who are independent contractors, and not by us. By way of example only, Non-HAL Services include goods and services provided by shoreside physicians, air ambulance, hotels, restaurants, airlines (including the airline(s) used in any HAL Air Package), railroads, tour operators (other than us), helicopter operators, amusement park operators, dayboat operators and motorcoach operators. As a result, you are assuming the entire risk of utilizing Non-HAL Services subject only to whatever terms or arrangements are made by you or on your behalf with the third party furnishing the Non-HAL Service. Money received in respect of Non-HAL Services by us is received only as an independent contractor, to be paid to the third party (less retained commission, if any). We will not be liable for the refund of this money to you except to the extent retained and not owed by us to a third party providing Non-HAL Services. Similarly, any medical examination or treatment you receive from personnel aboard ship during the Cruise, Cruisetour or HAL Land Trip, is provided solely for your convenience by independent contractors rather than our agent or employee. We do not undertake to supervise the medical expertise of any such personnel and will not be liable for the consequences of any examination, advice, diagnosis, medication, treatment, prognosis or other professional services which a doctor or nurse may furnish or fail to furnish to you. Furthermore, you may be charged for such professional services.

(c) You assume all risks for injury, death or loss as a consequence of your use of the Ship's athletic or recreational equipment or as a consequence of criminal conduct by any third party. In addition to the limitations of, and exemptions from, liability granted under this contract, we also retain any and all limitations of, and exemptions from, liability accorded to shipowners and tour operators by statute or rule of law including, without limitation, those provided for in 46 United States Code App. Sections 181-186 and 188, which are United States statutes limiting the liability of vessel owners.



EXHIBIT A

(d) During your Cruise and the Ship portion of your Cruisetour, we are transporting you and your property only between ports of call. At ports where the Ship is unable to dock, we will arrange for appropriate transportation from the place where the Ship is at anchor to the dock. Persons with mobility impairments should refer to the What You Need to Know Before You Go booklet regarding limitations on our ability to help you go ashore.

5. **Change in Itinerary/Cancellation:** (a) Although we will use our best efforts to provide you with the Cruise, Cruisetour and/or HAL Land Trips, situations may occur which require that changes be made. By way of example only, we may adjust itineraries and schedules, delay departures or arrivals, or cancel a Cruise, Cruisetour or HAL Land Trip, due to casualty, weather, labor problems, the need to render assistance to others, governmental or insurer directives, passenger or employee injury or illness, schedule delays or changes by third parties, repair and maintenance requirements, fuel or other shortages, or damage to the Ship, other means of transportation, roads, tracks, bridges, docks, equipment or machinery. Furthermore, the Master of the Ship or of any other vessel as well as the operator of any other means of transportation may, in his/her sole discretion, elect not to proceed in the ordinary course. Consequently, we cannot guarantee the itinerary of the Cruise, Cruisetour or any HAL Land Trip (including time of sailing from or arrival at any port or that all ports will, in fact, be called at, or that all places on your Cruisetour or HAL Land Trip will be visited). We reserve the right to provide you with alternative transportation whenever the Cruise, Cruisetour or HAL Land Trip is unable to proceed or be completed in the ordinary course or, in the case of hotels, to substitute facilities of similar category in cases where the planned hotel is unavailable due to overbooking or otherwise.

(b) Your safety is very important to us. For safety or other reasons that we believe qualify as good cause, we may, without notice, substitute any suitable ship, ships or other means of transportation, change any date of sailing or travel or cancel any sailing, Cruisetour segment, port of call, Cruisetour or HAL Land Trip destination or stopover, or the entire HAL Land Trip, Cruise or Cruisetour.

(c) If the Cruise or Cruisetour or a HAL Land Trip is cancelled, we may disembark you at any port or terminate your travel at any location, and transship and forward (at our expense, but at your risk) you and your property to or toward a port or location from which you may return home or to the Ship, as appropriate. The means of conveyance may or may not belong to us and may or may not proceed directly to the desired destination. If a Cruise, Cruisetour or HAL Land Trip is cancelled before commencement, you will be entitled, as your exclusive remedy, to receive the applicable Refund Amount. If a Cruise, Cruisetour or HAL Land Trip is cancelled after commencement, you will be entitled, as your exclusive remedy, to receive the applicable Refund Amount less a reasonable allowance for transportation and services already provided to you. The reasonable allowance will be determined on a pro rata basis by taking into account the time missed relative to the scheduled duration of the Cruise, Cruisetour or HAL Land Trip. Notwithstanding the foregoing, we are not obligated to issue any refund to you in the event of a cancelled HAL Land Trip to Half Moon Cay.

(d) You acknowledge that for round trip cruises commencing in the United States that stop in other ports of the United States, you may visit but may not permanently disembark in any U.S. port other than the port of embarkation. If you do disembark in a different U.S. port, a fine or penalty may be imposed by the United States government. In consideration of the fare paid, you hereby agree to pay any such fine or penalty imposed because of your failure to complete the entire cruise.

6. **Authority to Remove Passengers:** We may reasonably determine that for your safety, the safety of the Ship or other means of transportation or the safety or comfort of other passengers or our employees, you be denied transportation either before or during the Cruise, Cruisetour or HAL Land Trip. By way of example, these would include situations where: (a) you are or become in such condition as to be unfit to travel or dangerous or obnoxious to other passengers or employees; (b) you are inadmissible under the immigration or other laws of any country included in the Cruise, Cruisetour or HAL Land Trip itinerary or fail at any time to possess required travel documents; or (c) you fail to abide by the rules or orders of the Master or other ship's officers. If transportation is denied after departure, you and your baggage may be landed or transported to any port or location that we select, without any resulting liability on our part.

7. **Baggage:** (a) We will carry as baggage only your personal effects consisting of wearing apparel, toilet articles and similar items for your wearing, comfort or convenience during the Cruise, Cruisetour and HAL Land Trips and not belonging to or intended for use by any other person or for sale. Radioactive materials, controlled substances (other than lawfully obtained prescription drugs), firearms and illicit materials are strictly prohibited. For loading and unloading the Ship and other means of transportation, all baggage must be tendered for carriage in securely constructed and locked suitcases or trunks. All baggage must be able to be both safely stowed in your cabin on the Ship and, for Cruisetours and HAL Land Trips, fit in the baggage compartment of any means of transportation. The only animals permitted to accompany you are qualified service animals for passengers with disabilities; you are responsible for complying with governmental health and other requirements as to service animals.

(b) We are not liable for: (1) any loss, damage or delay before baggage comes into our actual custody at the commencement of your Cruise, Cruisetour or HAL Land Trip or after baggage leaves our actual custody at the conclusion of your Cruise, Cruisetour or HAL Land Trip; (2) any loss, damage or delay while baggage is not in our custody which includes any period during which baggage is in the custody of airlines (including airlines booked as part of a HAL Air Package); or (3) damage due to wear, tear or normal usage. For security and legal reasons, baggage is subject to search, and illegal or potentially unsafe property is subject to seizure, both before and during the Cruise, Cruisetour and/or HAL Land Trip.

(c) We do not assume any liability for any loss of or damage to or delay of perishable items, medicine, liquor, cash, credit or debit cards, jewelry, gold, silver or similar valuables, securities, financial instruments, records or other valuable or business documents, computers, cellular telephones, cameras, hearing aids, electric wheelchairs, scooters, or other video or electronic equipment, binoculars, film, videotape, computer disks, audio disks, tapes or CDs.

These items should not be left lying about the Ship or your cabin, nor should they be left unattended on other vessels, railcars or other vehicles or in hotels, nor placed in luggage other than a bag that you carry with you. In addition, we do not assume any liability for any loss of or damage to carry-on baggage left unattended on the Ship or on other means of transportation or in hotels. The Ship and certain hotels may be equipped with cabin or room safes or safe-deposit boxes in the Ship's or hotel's Front Office; using these facilities will not, however, increase our liability as provided in this contract.

(d) The fare has been established on the basis of our assumption that the total value of your property that you are taking with you on the Cruise, Cruisetour and HAL Land Trip (exclusive of the items mentioned in Clause 7(c) above) will not exceed $100 (U.S.), or $600 (U.S.) if you purchased from us the Cancellation Protection Plan and Additional Baggage Protection. Accordingly, if we, due to any cause whatsoever, are liable for loss or damage to, or delay of, your property, the amount of our aggregate liability will not exceed $100/$600 (as is applicable) unless you have specified to us the true value of your property and paid before commencement of the Cruise, Cruisetour or HAL Land Trip, at the Ship's Front Office or directly to us, 1% of the value in excess of $100/$600. In that event, our aggregate liability will be limited to the amount so specified. Whether or not a value in excess of $100/$600 has been specified, the limit on liability will be proportionately reduced in any case where less than all of your property is lost, damaged or delayed. Without increasing the above limits: (1) our aggregate liability will never exceed, and all settlements will be made on the basis of, original cost less depreciation; (2) damaged items will be settled on the basis of repair costs; and (3) lost, damaged or delayed baggage must be reported to a HAL representative within 48 hours after discovery and written claim to us must be made within 30 days after conclusion of the Cruise or Cruisetour as provided in Clause A.3 above.

8. **Passenger Liability in Certain Cases:** You will be required to reimburse us for all expenses we incur as a result of any misrepresentation made by you, as a result of the need to provide you with medical services, as a result of your detention by immigration, health or port authorities, or as a result of any personal injury or damage caused by your acts or omissions or the acts or omissions of any minor (under age 21) traveling with you. We will have a lien for such expenses on your property that you have taken with you on your Cruise, Cruisetour or HAL Land Trip. If, due to weather or other unforeseen reasons, flights are adversely impacted or you are otherwise required to spend an additional night in a location, hotel and meal costs are your responsibility.

9. **Travel Agents:** Any travel agent you use in connection with your Cruise, Cruisetour or HAL Land Trip acts solely for you and is deemed your agent. We are not responsible for the financial condition or integrity of any such travel agent. In the event that an agent fails to remit to us any monies paid by you to the agent, you remain liable for the fare due us, regardless of whether we demand payment before or after Initial Departure. Any refund made by us to an agent on your behalf is considered, for purposes of this contract, as being the same as payment to you whether or not the monies are delivered by the agent to you. Receipt of any documents or information by your travel agent, including but not limited to this contract, shall be deemed to constitute receipt by you.

10. **Passenger Condition**: There are risks inherent to being aboard the Ship and other means of transportation. These include, by way of example, having to evacuate the Ship or other means of transportation in case of emergency, having to move about on the Ship or other vessels during rough seas and lack of access to full medical services. For people who are ill or who are mentally or physically disabled or impaired, these risks are more significant. For example: access to all parts of the Ship, other means of transportation or to facilities on shore may be difficult or impossible for some passengers. In addition, medical evacuations during the cruise, whether at sea, by tender, or by deviating from the scheduled itinerary, may create an increased risk of harm and may not be feasible for a variety of reasons. We reserve the right to determine, in our sole discretion exercised in good faith, whether and when a medical evacuation from the ship will occur. For these reasons, we require that if you have any special medical, physical or other requirements, these be brought to our attention immediately upon receipt of this contract. In limited situations where you would be unable to satisfy certain specified safety and other criteria, even when provided with appropriate auxiliary aids and services, we reserve the right to refuse permission to participate in all or part of the Cruise, Cruisetour and/or HAL Land Trips.

11. **Compliance with Laws/Minors:** Immigration, health and other laws, both in the United States and other countries, may require that you obtain a certain visa, hold a passport, be inoculated, obtain parental consent or otherwise obtain documentation prior to entering or returning to a country. It is your responsibility to take all steps as may be required to enable you to comply with these laws. All persons under 18 years of age must be accompanied and supervised by a parent or guardian. Persons under 21 years of age are not permitted to consume alcoholic beverages; parents and guardians are obligated to insure compliance with this requirement.

12. **Personal Information; Authority to Use and Sell Pictures, Video Images and Audio Recordings:** Personal information we collect from you may be used by us or our affiliates for marketing purposes; it will not, however, be sold to unaffiliated third parties. In addition, some governmental and quasi-governmental agencies require or request that we provide them with your personal information. You authorize us to use and/or provide to others your personal information as described above and acknowledge that we do not assume any liability to you for our doing so. We periodically photograph or otherwise film people participating in Cruises, Cruisetours and/or HAL Land Trips for retail, marketing, promotional, publicity and training purposes. Without any requirement that we compensate you or obtain any additional approvals from you, we are authorized to include photographic, video recordings and other visual portrayals of you, as well as voice recordings included with any videos, in photographs, videos, DVDs or other mediums that we sell at retail or utilize for marketing, promotional, publicity and/or training activities.

13. **Governing Law; Transferability; Separability:** This contract is issued at Seattle, Washington. As to any cruise that does not begin, end or call at a port in the United States of America, we shall be entitled to any and all damages limitations, immunities and rights applicable to us under the "Convention Relating to the Carriage of Passengers and Their Luggage by Sea" of 1974 as well as the Protocol to the Convention Relating to the Carriage of



EXHIBIT A
14

Passenger and Their Luggage by Sea" of 1976 ("Athens Convention"). The Athens Convention limits our liability for death or personal injury of a passenger to no more than 46,666 Special Drawing Rights as defined therein (approximately U.S. $65,000, which fluctuates depending on the daily exchange rate as published in the *Wall Street Journal*). In addition, and on all other cruises, all the exemptions from and limitations of liability provided in or authorized by the laws of the United States shall apply, including Title 46 of the United States Code, sections 182 through 186. Except as otherwise set forth, this contract shall be governed by and construed in accordance with the general maritime law of the United States; to the extent such maritime law is not applicable, it shall be governed by and construed in accordance with the laws of the State of Washington (U.S.A.). This contract cannot be transferred by you. Any additions, deletions or other alterations to, or waivers of any term of, this contract which are purported to have been made by us and which have not been agreed to in writing by the President of HAL will not be legally binding upon us. Any provision of this contract which is prohibited or unenforceable in any jurisdiction will, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability and the validity and enforceability of the remaining terms and conditions of this contract will not otherwise be affected, nor will the validity and enforceability of such provision be affected in any other jurisdiction.

## B. THE CRUISE OR CRUISETOUR

1. **Additions to Fare/Non-Discountable Amount, Taxes and Surcharges:** (a) The fare that you paid was determined far in advance of Initial Departure on the basis of then-existing projections of fuel and other costs. In the event of an increase in fuel or other costs above amounts projected, we have the right to increase the fare at any time up to Initial Departure and to require payment of the additional fare prior to Initial Departure. We have the right to refuse to transport you unless the additional fare is paid. Within seven (7) days after you are notified of the additional fare (but no later than Initial Departure), you may elect to surrender this contract to us for cancellation, whereupon you will receive the Refund Amount. Cancellation fees do not apply to this type of refund.

(b) Your cruise fare includes a "Non-Discountable Amount." That portion of the fare is both non-commissionable to travel agents and not subject to reduction in the event of a percentage discount promotion, 2 for 1 promotion or otherwise. In addition to your cruise fare, you will also be charged an amount for Taxes. That term, as used by us, refers to certain taxes, fees and charges imposed by governmental or quasi-governmental authorities, including port authorities, relating to any aspect of your cruise or tour. If governmental action results in any element of Taxes exceeding the estimates used by us for purposes of computing the quoted amount, we reserve the right to pass through the extra amount. Similarly, we reserve the right to impose or pass through fuel surcharges, security surcharges or similar incidental surcharges. No right of cancellation exists under either of these circumstances.

2. **Hostilities:** Although unlikely, the Ship may be confronted by actual or threatened war, warlike operations or hostilities. In addition to our right to deal with this situation under our general right to respond to safety concerns, we may also decide that it would be prudent for the Ship to sail with or without lights, omit observance of practices, rules and



EXHIBIT A

15

regulations as to navigation, cargo or others applicable in time of peace, or sail armed or unarmed and with or without convoy.

3. **Holland America Brochure/Cancellations Policy:** If not already received, you can obtain the Holland America Line brochure for the Cruise or Cruisetour from your travel agent or us. You should familiarize yourself with the brochure as well as with the What You Need to Know Before You Go booklet that we provided you with. Please be advised, however, that if the brochure or booklet is inconsistent with this contract, this contract will be controlling. Note in particular our cancellations policy which specifies cancellation fees that you will be subject to if this contract is surrendered for cancellation within certain time periods prior to Initial Departure. Since a cancellation likely means a lost opportunity to sell space on other Cruises or Cruisetours, these fees apply regardless of whether your space is resold. You hereby agree that losses sustained by us in the event of your cancellation would be very difficult or impossible to quantify, and that the fees set forth in our cancellations policy represent a fair and reasonable assessment as liquidated damages.

## C. HAL AIR PACKAGE

1. **Arrangements by HAL:** If you are participating in our Fly Cruise Plan or Fly Cruise and Tour Plan, we will arrange for air transportation from the home cities listed in our brochure to the departure point of your Cruise or Cruisetour and return air transportation from the termination point of your Cruise or Cruisetour to the home city from which you departed. Due to the special fares and capacity controls we have with airlines, we retain the right to select carriers and determine routings. Some routings may involve travel to an airport other than in the city where the Ship embarks or disembarks. In those cases, motorcoach transportation to and/or from the Ship will be provided. Flight schedules and/or availability may require overnight hotel accommodations either to join and/or to return from your Cruise or Cruisetour. Please refer to the applicable Holland America Line brochure regarding our policies on booking hotels and responsibility for the costs of hotels and associated services.

2. **Schedule Changes/Air Delays:** We reserve the right to change or alter air flights as required by airline schedule changes. If tickets have already been issued, we will adjust your itinerary or air carrier, accordingly. In that event, we may ask you to return your tickets to your travel agent. Should you choose to alter your airline schedule in any way once your tickets have been issued, airline charges which result will be your responsibility. If our assistance is requested in changing airline arrangements within 60 days of departure, an additional administrative charge will be levied in addition to any charges imposed by airlines. If your flights are delayed, refer to our What You Need to Know Before You Go booklet for instructions.

3. **Refunds/Seat Assignments/Special Services/Fares/Lost Tickets/Baggage Charges:** The maximum refund to you for unused flight coupons will not exceed the air add-on or cruise only credit amount paid to us. We cannot make or confirm seat assignments, special meals or other special services. Your travel agent may assist with these arrangements. Please note that because of changing airline tariffs, your actual air ticket may reflect fares higher or

lower than the air add-on or cruise only credit amounts shown in the Holland America Line brochure. If so, the difference is neither chargeable nor refundable to you. If, however, airline fuel or other surcharges or additional governmental taxes or levies are imposed, we reserve the right to pass these through to you. Please keep your airline tickets in a safe place. Should they be lost, you will be responsible for their replacement. Each airline has its own baggage allowance policy. You are responsible for any excess baggage charges imposed by airlines.

4. **Liability and Relationship With Airlines:** We will use our best efforts to arrange for your air transportation. If, however, due to any cause beyond our control, we are unable to arrange for air transportation (including, for example, because of capacity controls placed upon us by airlines due to the types of fares under which we book) or the air transportation we arrange is unavailable or otherwise fails to materialize, our sole liability will be limited to refunding the air add-on paid or cruise only credit. Our relationship with airlines is that of an independent travel agent. We assume no liability for any acts or omissions of any airline including, without limitation, those involving cancellation of flights, schedule changes, re-routings, damage to or delay or loss of baggage, flight delays, equipment failures, accidents, pilot or other staff shortages, overbooking or computer errors. Accordingly, you will not have any right to claim or recover against us as a consequence of any act or omission of any airline. The liabilities and obligations of an airline to you, and your rights against an airline, are subject to any and all terms and conditions of the airline's ticket and tariffs and any and all governmental laws and regulations bearing upon or otherwise relating to such rights, liabilities and obligations.

02/08/06



EXHIBIT A
12

```
...... ........ .... Booking - Basic Information      PHRS 05MAR07 12:33:59
==> ________________________________________                HA  USD MORE:     *
Product: O660N/04NOV06/007-MRF/OOSTERDAM/SAN1-SAN2   Booking #: 7CWL7M  PRN
Stat: B Cat: VA Cab: 6003  Grp: TNB Loc: 1   Curr: USD  Fr: SAN1 To: SAN2
                                                        Days Out Today:    0
Open: 16AUG06 CTMPUSR  Optn:            Dep:            Chged: 02JAN07 HA01288
                       Call:            O/T:            Hist:  02JAN07 HA01288

Booking Agent: TRAVELINE LTD                      Agent #: 26895164
Contact: KOZ '06              IATA/ABTA: 26895164 Phone:   (314) 862-7777

Primary Agent: ENSEMBLE TRAVEL                    Agent #: P5055665
                              IATA/ABTA: 33543996 Phone:   (212) 545-7460

     Last Name     Sufx  First Name   Titl S Ag U Cty Air Past Pax   Birth Date
  BEREOLA               ENITAN       MR   M     D SAN N
  BEREOLA               GAIL         MS   F     D SAN N
  BEREOLA               ABIGAIL      MS   F AD * SAN N

Dining Room: LOWER
Din Opt: L 2 6 Din St: L2Y    WLPos:      Din Comments:
Table:      Code:    Force:   Bed: T      Land Bed:        TWID:     PID:
Phone:                        OBS:        Htl Smoking:     Earmarks:
Remarks:
Waitlist Remarks:                  Link ID:

  Cruises Sea Days  Loyalty Level        Cruises Sea Days  Loyalty Level
1                                     3
2                                     4

 13    14Far 15Lst 16Pkg 17Air 18TItn 19Doc 20    21Rcp 22Hst 23DSPA 24TWID
```

EXHIBIT B

18

-KDDB IA03 HA01515 DBOK Pricing Summary PHRS 15OCT07 13:06:59
==> HA MORE: *
Product: O660N/04NOV06/007-MRF/OOSTERDAM/SAN1-SAN2 Booking #: 7CWL7M PRN
Stat: B Cat: VA Cab: 6003 Grp: TNB Loc: 1 Curr: USD Fr: SAN1 To: SAN2

| Last Name | I | Titl | U | Ins | Hom | Air | Gwy | CC | APO | NF | Promotions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BEREOLA | E | MR | D | N N | SAN | N | | | | Y | |
| BEREOLA | G | MS | D | N N | SAN | N | | | | Y | |
| BEREOLA | A | MS | * | N N | SAN | N | | | | Y | |

| | 1 | 2 | 3 | 4 | Total | Subject to CxlFees | |
|---|---|---|---|---|---|---|---|
| Fare: | 821.41 | 821.41 | 821.41 | | 2,464.23 | CxlFee: | .00 |
| Disc: | .00 | .00 | .00 | | .00 | Sub: | 2,624.97 |
| NetF: | 821.41 | 821.41 | 821.41 | | 2,464.23 | C | .00 |
| Air: | .00 | .00 | .00 | | .00 | O | .00 |
| Pkg: | .00 | .00 | .00 | | .00 | | |
| Mods: | .00 | .00 | .00 | | .00 | VAT: | .00 |
| Lndx: | .00 | .00 | .00 | | .00 | TAFee: | .00 |
| SSv: | .00 | .00 | .00 | | .00 | AgGft: | .00 |
| Ins: | .00 | .00 | .00 | | .00 | Net: | 2,624.97 |
| Fees: | 53.58 | 53.58 | 53.58 | | 160.74 | Rcvd: | 2,624.97 |
| Misc: | .00 | .00 | .00 | | .00 | Bal: | .00 |
| FCC: | .00 | .00 | .00 | | .00 | Due: | 04NOV06 |
| Grs: | 874.99 | 874.99 | 874.99 | | 2,624.97 | COP: | .00 |
| | | | | | | Dep: | |
| NCF: | .00 | .00 | .00 | | .00 | Due: | |
| IAFT: | .00 | .00 | .00 | | .00 | | |
| OBC: | .00 | .00 | .00 | | .00 | | |
| OBCA: | .00 | .00 | .00 | | .00 | | |
| VAT: | .00 | .00 | .00 | | .00 | | |

Agent Refund: .00
Pax Refund: .00

13BIn 14Man 15Lst 16 17Air 18BItn 19Doc 20Com 21Rcp 22Hst 23Ref 24

EXHIBIT B

19

```
RDRK 1W02 HA01515 HREV   Booking Financial History        PHRS 05MAR07 12:34:22
==>                                                             HA  USD MORE:
Book #: 7CWL7M Voyage: O660N Book Id: BEREOLA            E  MR   0
Status: B Group: TNB Type: CRUZ ONLY Rev Catg: OTHER
                                     X-Rate:          1.0000  Contact: KOZ '06
Book Agt: 26895164  (314) 862-7777   Net Rev:       3,244.02  Twid:
TRAVELINE LTD                        Tot Recvd:     3,244.02  Linkid:
Prim Agt: P5055665  (212) 545-7460   Bal Due:            .00  Cabin:    6003
ENSEMBLE TRAVEL                      Unapplied:
BOOKING AGENT GETS REFUNDS           Waiver:             .00

Trans    User Id  PT  Rcvd Dte  Tran Dte    Trans Amt   Total Recv    Bal Due
             Curr Batch Control   Reference/CR Card   CR Exp          Payor
XFER-T   HA01288                01/02/07     3,244.02     3,244.02         .00
                  XFER FROM => O660N TNB                    0  TNB


RDRK-004I END OF FILE REACHED
13Inpt 14     15GrpH 16AgtH 17CcH 18Memo 19FccH 20    21     22     23     24Hold
```

EXHIBIT B

# General Inf· mation conti ed

### BAGGAGE POLICY

Holland America will carry as baggage only your personal effects for your wearing, comfort or convenience during your travel with Holland America. Your baggage needs to be placed in securely constructed and locked suitcases or trunks. If your travel includes a land component, you are limited to two pieces of checked baggage and one overnight or light flight bag which must remain in your custody at all times.

Holland America does not assume any liability for loss of or damage to or delay of perishable items, medicine, liquor, cash, credit or debit cards, jewelry, gold, silver or similar valuables, securities, financial instruments; records or other valuable or business documents, computers, cellular telephones, cameras, hearing aids or other video or electronic equipment, binoculars, film, videotape, computer disks, audio disks, tapes or CDs. These items should not be left lying about the ship or your stateroom, nor should they be left unattended on other vessels, railcars or other vehicles or in hotels, nor placed in luggage other than the bag you carry with you. In addition, Holland America will not assume any liability for any loss of or damage to carry-on baggage left unattended on the ship or on other modes of transportation or in hotels. Holland America ships provide, at no extra charge, either safe-deposit boxes in the ship's Front Office or stateroom safes. Certain hotels may also provide similar facilities. Your use of safe-deposit boxes, stateroom safes or similar facilities will not increase Holland America's liability as described below.

Holland America cannot be responsible for any loss, delay or damage that occurs before baggage comes into Holland America's actual custody when you begin your travel with us or after baggage leaves Holland America's actual custody at the end of your travel with us. In particular, please note that we assume no responsibility for loss, damage or delay while baggage is in the custody of airlines.

If Holland America, due to any cause whatsoever, is liable for loss of, damage to or delay of your property, the amount of Holland America's liability will not exceed us$100 (us$600 for passengers who have purchased Cancellation Protection Plan) unless you have specified to Holland America in writing the true value of your property and paid to Holland America before departure 1% of the value in excess of us$100 or us$600, as applicable. In that event, Holland America's liability will be limited to the amount so specified.

### RESPONSIBILITY

The *ms Statendam* is owned by HAL Nederland N.V. and chartered to Holland America Line N.V. Both are affiliates of Holland America Line-Westours Inc. Transportation aboard the ship is provided solely by the Shipowner/Charterer and pursuant to the Cruise Contract that you will receive prior to embarkation. A copy of the Cruise Contract will be provided upon request or can be viewed on our Web site: www.hollandamerica.com. Please note that the contract includes a clause specifying certain courts in the State of Washington as the exclusive forum for resolving disputes.

Non-Holland America Services (such as airlines and ground carriers, shore excursions, meals, air ambulance, hotels and shoreside physicians) are generally performed by independent contractors. These Non-Holland America Services are solely at your risk and subject to the terms or arrangements made by you or on your behalf with the independent contractor. We assume no responsibility with respect to these Non-Holland America Services (including for cancellation, delay, injury, death or damage to property) even though we may collect monies or make arrangements.

Situations may arise which, in our opinion, make it necessary for us to cancel, advance or postpone a scheduled departure, change itineraries or make substitutions involving hotels, restaurants, ports of call, other travel components, vessels or other modes of transportation. In that event, we do not assume responsibility or liability for any resulting losses, expenses or inconvenience. Your full cruise fare will be refunded, however, if the cruise is cancelled prior to initial embarkation. We are not required to make refunds once travel commences regardless of the reason for passengers being unable to complete their travel.

### FARES, TAXES AND SURCHARGES

Holland America reserves the right not to honor any published or advertised prices that it determines were erroneous due to printing or clerical error. Each cruise fare includes a "Non-Discountable Amount." That portion of the fare is neither commissionable to travel agents nor subject to reduction in the event of a percentage discount promotion, 2-for-1 promotion or otherwise. Fares quoted in this brochure are those in effect at the time of printing. If cost factors dictate the need for fare increases, Holland America Line may do so at any time prior to departure. Passengers can cancel (without paying a cancellation fee) rather than accept a fare increase. This right does not apply to increases in Taxes or to surcharges, as described below.

The term "Taxes" as used by Holland America refers to certain taxes, fees and charges imposed by governmental or quasi-governmental authorities, including port authorities, relating to any aspect of your cruise or tour. If governmental action results in any element of Taxes exceeding the estimates used by Holland America for purposes of preparing this brochure, we reserve the right to pass through the extra amount. Similarly, Holland America reserves the right to impose or pass through fuel surcharges, security surcharges or similar incidental surcharges.

### SHIP'S REGISTRY

The *ms Statendam* is registered in The Netherlands. Holland America has registered trademarks in the United States and various foreign countries for the names and phrases "Holland America," "Holland America Line," "Westours," "A Tradition of Excellence," "AirPlus Service," and "Oceans Apart," as well as for the modern and antique ship design logo.

Should you need to contact Holland America prior to sailing, please use this address:

Holland America Line-Westours Inc.
300 Elliott Avenue West
Seattle, Washington 98119
U.S.A.

Ask your travel agent about cruise vacations with these other fine members of the World's Leading Cruise Lines℠












Holland America is proud of its membership in these associations:












Visit our Web site at www.hollandamerica.com or call 1-877-SAIL HAL

Holland America

HIGHEST-RATED PREMIUM CRUISE LINE
READERS OF TRAVEL & LEISURE

CONSISTENTLY RATED AMONG THE WORLD'S BEST CRUISE LINES
READERS OF CONDÉ NAST TRAVELER

BEST ONBOARD SERVICE
ONBOARD SERVICES MAGAZINE

BEST OVERALL CRUISE VALUE
WORLD OCEAN & CRUISE LINER SOCIETY

See your professional travel agent for details and reservations.

Effective February 1, 2002. HA14867. Printed in U.S.A.
©2002 Holland America Line-Westours Inc.

Alaska • Asia & Pacific • Canada • Caribbean • Europe • Hawaii • Mexico • Panama Canal • South America • World Voyage

EXHIBIT C

# and more details

### Guests With Disabilities

We do not discriminate against persons on the basis of disability. We seek, to the extent feasible, to accommodate the needs of persons with disabilities. We have a limited number of staterooms designed for wheelchair access. Service animals are permitted on board ships if prior arrangements have been made. You need to be aware, however, that certain land and shore facilities may not be fully accessible to persons with disabilities. While Holland America endeavors to contract with companies which provide accessible services and facilities, we cannot guarantee that all services and facilities will be fully accessible. In limited situations where an individual with a disability would be unable to satisfy certain specified safety and other criteria, even when provided with appropriate auxiliary aids and services, we may find it necessary to ask the individual to make alternative travel arrangements. We must be notified of any special medical, physical or other requirements of passengers at the time of booking.

### Baggage Policy

Holland America will carry as baggage only your personal effects for your wearing, comfort or convenience during your travel with Holland America. Your baggage needs to be placed in securely constructed and locked suitcases or trunks. If your travel includes a land component, you are limited to two pieces of checked baggage and one overnight or light flight bag which must remain in your custody at all times.

Holland America does not assume any liability for loss of or damage to or delay of perishable items, medicine, liquor, cash, credit or debit cards, jewelry, gold, silver or similar valuables, securities, financial instruments, records or other valuable or business documents, computers, cellular telephones, cameras, hearing aids, electric wheelchairs, scooters, or other video or electronic equipment, binoculars, film, videotape, computer disks, audio disks, tapes or CDs. These items should not be left lying about the ship or your stateroom, nor should they be left unattended on other vessels, railcars or other vehicles or in hotels, nor placed in luggage other than the bag you carry with you. In addition, Holland America will not assume any liability for any loss of or damage to carry-on baggage left unattended on the ship or on other modes of transportation or in hotels. Holland America ships provide, at no extra charge, either safe-deposit boxes in the ship's Front Office or stateroom safes. Certain hotels may also provide similar facilities. Your use of safe-deposit boxes, stateroom safes or similar facilities will not increase Holland America's liability.

Holland America cannot be responsible for any loss, delay or damage that occurs before baggage comes into Holland America's actual custody when you begin your travel with us or after baggage leaves Holland America's actual custody at the end of your travel with us. In particular, please note that we assume no responsibility for loss, damage or delay while baggage is in the custody of airlines.

If Holland America, due to any cause whatsoever, is liable for loss of, damage to or delay of your property, the amount of Holland America's liability will not exceed us$100 (us$600 for passengers who have purchased Cancellation Protection Plan) unless you have specified to Holland America in writing the true value of your property and paid to Holland America before departure 1% of the value in excess of us$100 or us$600, as applicable. In that event, Holland America's liability will be limited to the amount so specified.

### Responsibility

The *ms Prinsendam* and *ms Amsterdam* are owned by HAL Antillen N.V. and chartered to Holland America Line N.V. All of these entities are affiliates of Holland America Line Inc. Transportation aboard the ships is provided solely by the Shipowners and Charterers and pursuant to the Cruise Contract that you will receive prior to embarkation. A copy of the form of cruise contract will be provided upon request or can be viewed on our Web site: www.hollandamerica.com. Please note that the contract includes a clause specifying certain courts in the State of Washington as the exclusive forum for resolving disputes.

Non-Holland America Services (such as airlines and ground carriers, shore excursions, restaurants, air ambulance, hotels and shoreside physicians) are generally performed by independent contractors. These Non-Holland America Services are solely at your risk and subject to the terms or arrangements made by you or on your behalf with the independent contractor. We assume no responsibility with respect to these Non-Holland America Services (including cancellation, delay, injury, death or damage to property) even though we may collect monies or make bookings.

Situations may arise which, in our opinion, make it necessary for us to cancel, advance or postpone a scheduled departure, change itineraries or make substitutions involving hotels, restaurants, ports of call, other travel components, vessels or other modes of transportation. In that event, we do not assume responsibility or liability for any resulting losses, expenses or inconvenience. Your full cruise fare will be refunded, however, if the cruise is cancelled prior to initial embarkation. We are not required to make refunds once travel commences regardless of the reason for passengers being unable to complete their travel.

### Fares, Non-Discountable Amounts, Taxes and Surcharges

Holland America reserves the right not to honor any published prices that it determines were erroneous due to printing, electronic or clerical error. Fares quoted are those in effect at time of printing. If cost factors dictate the need for fare increases, Holland America Line may do so at any time prior to departure. Passengers can cancel (without paying a cancellation fee) rather than accept a fare increase. This right does not apply to increases in Taxes or to surcharges, as described below. Your cruise fare includes a "Non-Discountable Amount." That portion of the fare is both non-commissionable to travel agents and not subject to reduction in the event of a percentage discount promotion, 2-for-1 promotion or otherwise.

In addition to your cruise fare, you will also be charged an amount for Taxes. That term, as used by Holland America, refers to certain taxes, fees and charges imposed by governmental or quasi-governmental authorities, including port authorities, relating to any aspect of your cruise or tour. If governmental action results in any element of Taxes exceeding the estimates used by Holland America for purposes of computing the quoted amount, we reserve the right to pass through the extra amount. Similarly, Holland America reserves the right to impose or pass through fuel surcharges, security surcharges or similar incidental surcharges. No right of cancellation exists under either of these circumstances.

### Ships' Registry

The *ms Amsterdam* and *ms Prinsendam* are registered in The Netherlands. Holland America Line has registered trademarks in the United States and various foreign countries for the names and phrases "Holland America," "Holland America Line," "Westours," "Westfarer," "A Tradition of Excellence," "AirPlus Service," "Oceans Apart," "Club HAL," "Wayfarer," "Seafarer," "Sunfarer," and "The World In Your Hands," as well as for the modern and antique ship design logo.

Should you need to contact Holland America prior to sailing, please use this address:

Holland America Line Inc.
300 Elliott Avenue West
Seattle, Washington 98119
U.S.A.




Carnival Cruise Lines · Holland America Line · Seabourn Cruise Line · Windstar Cruises · Cunard Line · Costa Cruises

WORLD'S LEADING CRUISE LINES

www.hollandamerica.com 1-877-SAIL HAL

HIGHEST-RATED PREMIUM CRUISE LINE
*Readers of Condé Nast Traveler and Travel + Leisure*

BEST ONBOARD SERVICE
*Onboard Services Magazine*

HIGH DELUXE FIVE-STAR-PLUS RATING
World Ocean & Cruise Liner Society

BEST OVERALL CRUISE VALUE
World Ocean & Cruise Liner Society

**Alaska • Canada & New England • Caribbean • Europe • Hawaii**
**Mexico • Panama Canal • South America • World Voyage**

Effective May 17, 2003 SA15050 Printed in U.S.A. ©2003 Holland America Line Inc.

See your professional travel agent for details and reservations.

