# TABLE OF CONTENTS

I. INTRODUCTION ................................................................. 2

II. AUTHORITY FOR MOTION ................................................. 3

III. THE PROVISIONS OF THE TERMS AND CONDITIONS OF THE TICKET CONTRACT BAR THIS ACTION IN CALIFORNIA. .............. 3

    A. APPLICABLE LAW ..................................................... 3

    B. THE PASSENGER TICKET CONTRACT ........................... 4

    C. THE HAL PASSAGE CONTRACT CONTAINING THE FORUM-SELECTION PROVISION IS NOT A CONTRACT OF ADHESION ... 5

    D. PLAINTIFFS HAD SUFFICIENT NOTICE OF THE FORUM SELECTION CLAUSE ..................................................... 7

    E. PLAINTIFFS NEED NOT READ THE CONTRACT TO BE BOUND BY ITS PROVISIONS ......................................................... 10

    F. THE FORUM SELECTION CLAUSE IS FUNDAMENTALLY FAIR . 11

    G. THE TERMS OF PLAINTIFFS' CRUISE TICKET CONTRACT MUST BE APPLIED TO STEINER AND BAR THIS CLAIM IN CALIFORNIA. ............................................................. 12

IV. PLAINTIFF CANNOT MEET THE "HEAVY BURDEN" REQUIRED TO SET ASIDE THE FORUM SELECTION CLAUSE ................... 14

V. BECAUSE THE FORUM SELECTION CLAUSE IS MANDATORY, THIS COURT HAS NO JURISDICTION OVER PLAINTIFFS' SUIT AND MUST DISMISS ........................................................................... 16

VI. CONCLUSION ................................................................. 17

# TABLE OF AUTHORITIES

**FEDERAL CASES**

*Carnival Cruise Lines, Inc. v. Shute*
499 U.S. 585, 111 S. Ct. 1522 (1991) .................................. 2, 5, 6, 11, 14, 15

*Carpenter v. Klosters Rederi A/S,*
604 F.2d 11, 13 (5th Cir. 1979) ........................................................... 10

*Carron v. Holland America Line-Westours Inc.,*
51 F. Supp. 2d 322, 1999 A.M.C. 2206 (E.D. N.Y 1999) ........................ 5

*Coastal Steel Corp. v. Tilghman Wheelabrator, Ltd.,*
709 F.2d 190 (3d Cir.); cert denied, 464 U.S. 938, 104 S.Ct. 349,
78 L.Ed.2d 315 (1983) ................................................................. 13

*Deiro v. American Airlines, Inc.,*
816 F.2d 1360, 1364 (9th Cir. 1987) ................................................. 7

*Dempsey v. Norwegian Cruise Line,*
972 F.2d 998 (9th Cir. 1992) ........................................................... 7

*DeNicola v. Cunard Line, Ltd.,*
642 F.2d 5, 11 (1st Cir. 1981) ........................................................ 10

*East River S.S. Corp. v. Transamerica Delaval,*
476 U.S. 858 (1986) ..................................................................... 4

*Effron v. Sun Line Cruises, Inc.,*
67 F.3d 7 (2d Cir. 1995) .......................................................... 11, 15

*Effron v. Sun Line Cruises, Inc.,*
857 F.Supp. 1079, 1082 (S.D.N.Y. 1994) ........................................ 11

*Excell, Inc. v. Sterling Boiler & Mechanical, Inc.,*
106 F.3d 318 (9th Cir. 1997) ........................................................ 17

*Friedman v. World Transp., Inc.,*
636 F. Supp. 685, 690-691 (N.D. Ill. 1986) ..................................... 13

*Geller v. Holland-America Line,*
298 F.2d 618 (2d Cir. 1962), cert. denied, 370 U.S. 909, 82 S. Ct. 1256 (1962) ... 5, 10

*Gomez v. Royal Caribbean Cruise Lines,*
964 F. Supp. 47, 51 (D. P.R. 1997) ............................................... 8, 9

*Hunt Wesson Foods, Inc. v. Supreme Oil Co.,*
817 F.2d 75, 77 (9th Cir. 1987) ..................................................... 17

*Igneri v. Carnival Corp,*
No. 95 CV 2859, 1996 WL 68536 (E.D.N.Y. 1996) ......................... 12

*Keefe v. Bahamas Cruise Line, Inc.*,
867 F.2d 1318 (11th Cir. 1989) ........................................................... 4

*Kendall v. American Hawaii Cruises*,
704 F.Supp. 1010, 1017 (D. Haw. 1989). ............................................. 10

*Kermarec v. Compagnie General Transatlantique*,
358 U.S. 625 (1959) ............................................................................ 4

*Lubick v. Travel Services, Inc.*,
573 F. Supp. 904, 906 (D.V.I. 1983) .................................................... 4

*Marek v. Marpan Two, Inc.*,
817 F.2d 242 (3rd Cir. 1989), *cert. denied* 484 U.S. 852 ..................... 7

*McQuillan v. "Italia" Societa Per Azione di Navigazione*,
386 F. Supp. 462, 468 (S.D.N.Y. 1974), *aff'd without opinion*, 516 F.2d 896 (2d Cir. 1975) ........................................................................................ 4

*Miller v. Lykes Bros. S.S. Co.*,
467 F.2d 464, 465 (5th Cir. 1972) ....................................................... 10

*Offshore Logistics, Inc. v. Tallentire*,
477 U.S. 207, 221 (1986) ..................................................................... 4

*Roberson v. Norwegian Cruise Line*,
897 F. Supp. 1285 (C.D. Cal. 1995) ............................................... 10, 15

*Sea-Land Servs. v. Gaudet*,
414 U.S. 573, 601 (1974), *reh'g denied*, 415 U.S. 986 (1974) ............. 4

*Spataro v. Kloster Cruise, Ltd.*,
894 F.2d 44 (2d Cir. 1990) ................................................................... 9

*Stephens v. Entre Computer Centers, Inc.*,
696 F.Supp 636 (N.D. Ga 1988) .......................................................... 13

*Strauss v. Norwegian Caribbean Lines, Inc.*,
613 F.Supp. 5, 8 (E.D. Pa. 1984) ......................................................... 10

*The BREMEN v. Zapata Offshore Co.*,
407 U.S. 1, 9-10 (1972) ................................................................. 14, 15

*The MOSES TAYLOR*,
71 U.S. (4 Wall) 411 (1867) ................................................................. 4

*Tone v. Carnival Cruise Lines, Inc.*,
1993 WL 437650 at 2 (E.D. Pa. Oct. 28, 1993) ............................ 8, 9, 15

**STATE CASES**

*Cal-State Business Products & Services, Inc. v. Ricoh*,
12 Cal.App.4th 1666, 16 Cal.Rptr.2d 417 (1993) ............................... 15

| | |
|---|---|
| *Chung Kee v. Davidson,* 73 Cal. 522, 15 P. 100 (1887) | 12 |
| *COL Original Products, Inc. v. Nat'l Hockey League Players' Ass'n,* 39 Cal.App.4th 1437, 46 Cal.Rptr.2d 412 (1995) | 16 |
| *Furda v. Sup. Ct. (Seriological Biopsy),* 161 Cal.App.3d 418, 425, 207 Cal.Rptr. 646, 650 (1984) | 16 |
| *Garratt v. Baker,* 5 Cal.2d 745, 56 P.2d 225 (1936) | 12 |
| *Intershop Communications, AG v. The Superior Court,* 104 Cal.App. 4th 191 (December 10, 2002) | 16 |
| *Lu v. Dryclean-U.S.A. of California, Inc.,* 11 Cal.App.4th 1490, 14 Cal.Rptr.2d 906 (1992) | 16 |
| *Lucas v. Hamm,* 56 Cal.2d 583, 15 Cal.Rptr. 821, 364 P.2d 685, *cert. denied,* 638 U.S. 987, 82 S.Ct. 603, 7 L.Ed.2d 525 (1961) | 12 |
| *Ralph C. Sutro Co., v. Paramount Plastering, Inc.,* 216 Cal.App.2d 433, 31 Cal.Rptr. 174 (1963) | 12 |
| *Schlessinger v. Holland America, N.V.,* 120 Cal. App. 4th 552 (2004) | 5 |

## OTHER AUTHORITY

| | |
|---|---|
| *Barkin,* 1988 A.M.C. at 650 | 10 |
| *Boyles v. Cunard Line,* 1994 A.M.C. 1631, 1637 (S.D.N.Y. 1994) | 6, 7, 11 |
| *Morak v. Costa Armatori,* 1982 A.M.C. 1859, 1863 (E.D.N.Y. 1981) | 10 |
| *Murray v. Cunard S.S. Co., Ltd.,* 235 N.Y. 162, 1923 A.M.C. 1235 (1923) | 11 |
| *Osborn v. Princess Tours,* 1995 A.M.C. 2119, 2121 (S.D. Tex. 1995) | 6 |
| *Premier Cruise Lines, Ltd., et al, v. Superior Court of Los Angeles County, John Doe, Real Party in Interest,* 1997 AMC 2797 (1996) | 14 |
| *Spira-Felts v. Carnival Cruise Lines,* 1998 A.M.C. 712 (C.D. Cal. 1996) | 17 |
| *Tady v. Holland America Line-Westours, Inc.,* 1998 A.M.C. 2922 | 5 |

L:\BEREOLA\Pldgs\Table of Cont-Auth.wpd -iv-

TABLE OF AUTHORITIES  Case No.C07 03770

*Williams v. Holland America Cruises,*
1981 A.M.C. 492 (E.D. Mich. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

**STATE STATUTES**

Cal. Civ. Code § 1559 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13