1  KAYE, ROSE & PARTNERS, LLP
   Lawrence W. Kaye, Esq. (SBN 86218)
2  Anita M. Eilert (SBN 133639)
   402 West Broadway, 13th Floor
3  San Diego, California 92101-3542
   Tel:   (619) 232-6555
4  Fax:   (619) 232-6577

5  Attorneys for Defendants,
   HOLLAND AMERICA LINE, INC., and
6  STEINER MANAGEMENT SERVICES

7

8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

11

12 GAIL BEREOLA,                          ) Case No. CV- 07 - 03770 EMC
                                          )
13              Plaintiff,                ) **DECLINATION TO PROCEED**
                                          ) **BEFORE A MAGISTRATE JUDGE**
14     vs.                                ) **AND REQUEST FOR**
                                          ) **REASSIGNMENT TO A UNITED**
15 HOLLAND AMERICA LINE. N.V.,            ) **STATES DISTRICT JUDGE**
   HOLLAND AMERICA LINE                   )
16 ANTILLEN N.V., HOLLAND                 )
   AMERICA LINE, INC., HOLLAND            )
17 AMERICA LINE-WESTOURS, INC.,           )
   STEINER BEAUTY PRODUCTS,               ) JUDGE: Edward M. Chen
18 STEINER -TRANSOCEAN LTD.,              ) COURTROOM:  C
   STEINER MANAGEMENT SERVICES,           )
19 and DOES ONE through TWENTY,           )
   Inclusive                              )
20                                        )
                Defendant                 )
21 _____)

22

23 REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

24 ///

25 ///

26 ///

27 ///

28 ///

1  The undersigned party hereby declines to consent to the assignment of this case
2  to a United States Magistrate Judge for trial and disposition and hereby requests the
3  reassignment of this case to a United States District Judge.

4  Dated: October 18, 2007                KAYE, ROSE & PARTNERS, LLP

                                          /s/ **Anita M. Eilert**
                                  By:     _____
                                          Lawrence W. Kaye
                                          Anita M. Eilert
                                          Attorneys for Defendant
                                          HOLLAND AMERICA LINE, INC., and
                                          STEINER MANAGEMENT SERVICES