IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL BEREOLA,   No. C 07-03770 CW

    Plaintiff,   ORDER OF RECUSAL

  v.

HOLLAND AMERICA LINE N.V., et al.,

    Defendants.
                                  /

    Due to a conflict of interest, I find I must and hereby do recuse myself in the above-entitled matter and request that the case be reassigned pursuant to Section D of the Assignment Plan of this Court.

    All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

    IT IS SO ORDERED.

Dated: 10/29/07

                                              */s/ Claudia Wilken*
                                              _____
                                              CLAUDIA WILKEN
                                              United States District Judge