**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                               General Court Number
Clerk                                                                                                      510.637.3530


October 29, 2007

CASE NUMBER:  CV 07-03770 CW
CASE TITLE:  BEREOLA-v-HOLLAND AMERICA LINE N.V. ET AL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: October 29, 2007

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                             Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                    Entered in Computer 10/29/07 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA