IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEREOLA,

        Plaintiff,

v.

HOLLAND AMERICA LINE N.V. ET AL,

        Defendant.

No. C 07-03770SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss has been scheduled for argument on Friday, January 18, 2007, at 9:00 a.m.

The initial case management conference has been scheduled to occur on Friday, February 15, 2007, at 2:00 p.m. All counsel shall comply with the attached order when preparing for the conference.

Dated: November 20, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk