LYLE C. CAVIN, JR., SBN 44958
RONALD H. KLEIN, SBN 32551
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff,
Gail Bereola

FILED
NOV 30 PM 12: 39
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BEREOLA, | Case No. C 07-03770 SI |
| Plaintiff, | **PROOF OF SERVICE OF NOTICE and CASE MANAGEMENT CONFERENCE ORDER** |
| v. | |
| HOLLAND AMERICA LINE N.V., et al., | |
| Defendants. | |

Ronald H. Klein hereby declares:

I am a citizen of the United States, over the age of eighteen (18) years, and not a party to the within action; my business address is 201 Fourth Street, Suite 102, Oakland, California 94607.

On this date I caused to be served the court's NOTICE dated November 20, 2007, and its CASE MANAGEMENT CONFERENCE ORDER in this action by placing true and correct copies thereof enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing at Oakland, California, following ordinary business practices. I am readily familiar with the practice of the Law Offices of Lyle C. Cavin, Jr. for processing of outgoing mail, which is deposited in the United States Postal Service the same day as it is placed for processing.

---
1
Proof of Service Notice and Order, C 07-03770 SI

The envelope was addressed as follows:

Anita M. Eilert
Kaye, Rose & Partners
402 West Broadway, 13th Floor
San Diego CA 92101-3542

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California on November 29, 2007.

*Ronald H. Klein*

Ronald H. Klein