LYLE C. CAVIN, JR., SBN 44958
RONALD H. KLEIN, SBN 32551
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff,
Gail Bereola

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL BEREOLA,<br><br>     Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE N.V., *et al.*,<br><br>     Defendants.         / | Case No. C07 03770 SI<br><br>**STIPULATION TO TRANSFER OF CASE TO WESTERN DISTRICT OF WASHINGTON**<br><br>**Hearing on Motion January 18, 2008** |

With regard to the motion of Defendants to dismiss the complaint or transfer the case to the U. S. District Court for the Western District of Washington, Plaintiff, Gail Bereola, will not oppose the motion insofar as it seeks transfer rather than dismissal, and hereby stipulates that the Court may order the case to be so transferred.

January 11, 2008                                    LAW OFFICES OF LYLE C. CAVIN, JR.

                                                                    By:      /s/ Ronald H. Klein
                                                                             RONALD H. KLEIN
                                                                             Attorneys for Plaintiff
                                                                             Gail Bereola

1

Stipulation To Transfer Case, C07 03770 SI