KAYE, ROSE & PARTNERS, LLP
Ron Losch, Esq. (SBN 98170)
Anita M. Eilert (SBN 133639)
402 West Broadway, 13th Floor
San Diego, California 92101-3542
Tel: (619) 232-6555
Fax: (619) 232-6577

Attorneys for Defendants,
HOLLAND AMERICA LINE, INC., and
STEINER MANAGEMENT SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| GAIL BEREOLA,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE. N.V., HOLLAND AMERICA LINE ANTILLEN N.V., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE-WESTOURS, INC., STEINER BEAUTY PRODUCTS, STEINER -TRANSOCEAN LTD., STEINER MANAGEMENT SERVICES, and DOES ONE through TWENTY, Inclusive<br><br>Defendants. | Case No.CV 07- 03770 SI<br><br>**OBJECTION TO PLAINTIFF'S PROPOSED STIPULATION TO TRANSFER OF CASE TO WESTERN DISTRICT OF WASHINGTON**<br><br>JUDGE: Susan Illston<br>COURTROOM: 10<br><br>Hearing on Motion: January 18, 2008 |

Defendant HOLLAND AMERICA LINE INC. ("HAL") and STEINER MANAGEMENT SERVICES ("STEINER") respectfully submit the following Objection to Plaintiff's proposed Stipulation to Transfer Case.

This proposed stipulation is a belated attempt by plaintiff to respond to HAL and STEINER's Motion to Dismiss this action pursuant to the Washington forum selection clause contained in Plaintiff's passenger ticket contract governing this action. A brief summary of the relevant events will provide the Court with necessary perspective regarding this issue.

The motion at issue concerns plaintiff's cruise aboard an HAL vessel in 2006 and the binding

1  terms of the passenger ticket contract between HAL and plaintiff concerning that cruise. Namely, the
2  contractual requirement that any suit arising out of such passage aboard the HAL vessel be brought (if at
3  all) in Seattle, Washington. As shown in defendants' motion, plaintiff received the terms of this contract
4  in August, 2006. Subject to the terms of the ticket contract, plaintiff actually went on her HAL cruise in
5  November, 2006. Thereafter, claiming she was injured while on the subject cruise, plaintiff filed suit in
6  this Court on July 23, 2007.
7       On October 15, 2007, defendants filed their motion to dismiss plaintiff's action pursuant to the
8  Washington forum selection clause. Plaintiff's opposition to that motion was due to be served and filed
9  by December 28, 2007. Plaintiff made the decision not to file any opposition to defendants' motion.
10 Consequently, defendants did not file a Reply brief. Now, on the eve of the hearing scheduled for the
11 motion, plaintiff files a conditional "stipulation" agreeing that the motion be granted but only on the
12 condition the case is transferred rather than dismissed.
13      Plaintiff had notice of the Washington forum selection clause in August of 2006. She claims she
14 knew of her injury in November of 2006. Plaintiff filed an attorney in California, and after presumably
15 receiving advice from her attorney, she made the strategic decision to file her complaint in this Court rather
16 than in Washington. Defendants' motion to enforce the forum selection clause was filed with this Court
17 prior to the expiration of the contractual limitations period. Defendants are informed and believe plaintiff
18 took no additional action to prevent the expiration of the limitations period contained in the ticket contract,
19 such as the filing of a saving action in Washington between the time defendant's motion was filed in this
20 case and the running of the one year limitations period. Plaintiff now apparently seeks to avoid the
21 consequences of these strategic decisions by filing what is in reality a late opposition to defendant's motion.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1      The Court should refuse to consider plaintiff's proposed stipulation/late opposition. Defendant
2  HAL does not agree to stipulate to transfer this matter. Plaintiff made her strategic decision to file in this
3  Court rather than in Washington. She must live with the consequences of that decision to violate the terms
4  of her contract with HAL. The complaint must be dismissed.

5      Respectfully submitted,

6  Dated: January 11, 2008

    KAYE, ROSE & PARTNERS, LLP

8  By: _____
9  Ron Losch
   Anita M. Eilert
   Attorneys for Defendants
10 HOLLAND AMERICA LINE, INC., and
   STEINER MANAGEMENT SERVICES


1  KAYE, ROSE & PARTNERS, LLP
   Lawrence W. Kaye, Esq. (SBN 86218)
2  Anita M. Eilert (SBN 133639)
   402 West Broadway, 13th Floor
3  San Diego, California 92101-3542
   Tel:  (619) 232-6555
4  Fax:  (619) 232-6577

5  Attorneys for Defendants,
   HOLLAND AMERICA LINE, INC., and
6  STEINER MANAGEMENT SERVICES

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

10

11 GAIL BEREOLA,                      ) Case No. CV 07-03770 SI
                                      )
12           Plaintiff,               ) **DECLARATION OF SERVICE**
                                      )
13      vs.                           ) JUDGE:  Susan Illston
                                      ) COURTROOM:  10
14 HOLLAND AMERICA LINE. N.V.,        )
   HOLLAND AMERICA LINE               )
15 ANTILLEN N.V., HOLLAND              )
   AMERICA LINE, INC., HOLLAND        )
16 AMERICA LINE-WESTOURS, INC.,       )
   STEINER BEAUTY PRODUCTS,           )
17 STEINER -TRANSOCEAN LTD.,          )
   STEINER MANAGEMENT SERVICES,       )
18 and DOES ONE through TWENTY,       )
   Inclusive                          )
19                                    )
             Defendants.              )
20 _____  )

21  ///

22

23

24

25

26

27

28  ///

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is Emerald Plaza, 402 West Broadway, 13th Floor, San Diego, California 92101.

    On January 11, 2008, I served the following document described as:

- **OBJECTION TO PLAINTIFF'S PROPOSED STIPULATION TO TRANSFER OF CASE TO WESTERN DISTRICT OF WASHINGTON**

on the interested parties in Case No. C07 03770 SI by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Ronald H. Klein, Esq.
Law Offices of Lyle C. Cavin, Jr.
201 Fourth Street, Suite 102
Oakland, CA 94607

Fax: 510.444.4209

☐     **(BY PERSONAL SERVICE):** Personal service accomplished by ☐ attorney service or ☐ _____, employed by KAYE, ROSE & PARTNERS, LLP.

☒     **(BY FACSIMILE):** I caused the foregoing documents to be transmitted via facsimile to the above addressee(s) at the facsimile number(s) indicated, and that the transmission was reported as complete and without error. Service via facsimile is made pursuant to the written confirmation between the parties of acceptance of service via facsimile. (Sending Facsimile (619) 232-6577.) Time of Transmittal: _____

☒     **(BY MAIL):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

☐     **(OVERNIGHT SERVICE):** depositing copies of the above document(s) in an envelope or package designated by said service with delivery fees paid and placing same in a box or other facility regularly maintained by: _____

☐ UPS OVERNIGHT SERVICE;   ☐ U.S. EXPRESS MAIL SERVICE;
☐ FEDERAL EXPRESS [Airbill/Postal Receipt/Tracking Number]:_____

☐     **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒     **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: January 11, 2008

*/s/ Jeanie Donelson*

JEANIE DONELSON

L:\BEREOLA\Pldgs\POS.wpd      2      CV 07-03770 SI
Declaration of Service