**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                    415.522.2000

January 15, 2008

USDC for the Western District of Washington
Clerk's Office
215 United Sates Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

RE: CV 07-03770 SI   Bereola-v-Holland America Line N.V.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record