**FILED**
FEB 0 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

Richard W. Wieking
Clerk

**E-filing**

General Court Number
415.522.2000

January 15, 2008

USDC for the Western District of Washington
Clerk's Office
215 United Sates Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130



FILED
LODGED
RECEIVED
MAIL

FEB 0 1 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

RE: CV 07-03770 SI   Bereola-v-Holland America Line N.V.

Dear Clerk,

**CV08 0173 MAT**

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record